# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| EARLENE HENNINGER, | No. 13cv2039 EJM |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on plaintiff's unresisted Motion for Attorney Fees, filed May 19, 2014. Granted.

It is therefore

ORDERED

Granted. Plaintiff is awarded $4,846.63 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

June 4, 2014

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT